# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA

| | |
|---|---|
| JUSTICE BRADLEY PAYNE, as next of kin and administrator and personal representative of the estate of decedent CHARLES BRADLEY PAYNE (Deceased), <br><br> *Plaintiff*, <br><br> ~v~ <br><br> HAMILTON COUNTY GOVERNMENT, <br><br> DEPUTY DANIEL ROWELL, In his capacity as a deputy sheriff for Hamilton County Government and in his individual capacity, <br><br> DEPUTY JOHN ROBBS, In his capacity as a deputy sheriff for Hamilton County Government and in his individual capacity, and <br><br> DEPUTY BRANDON BENNETT, In his capacity as a deputy sheriff for Hamilton County Government and in his individual capacity, <br><br> *Defendants*. | No. 1:20-cv-36 JRG/CHS <br><br> JURY DEMAND |

## JOINT STATUS REPORT OF THE PARTIES SUPPLEMENTED

Pursuant to this Court's Order (Doc. 32; PageID #: 338), the parties submitted a joint status report on January 11, 2021. (Doc. 34).

Subsequent to the said report, and upon recognizing additional issues involving the mode and manner of the delivery of discovery from the Defendants to Plaintiff, the parties agreed to the following extensions to disclose experts and to complete discovery:

*Plaintiff*: Expert disclosures on **February 16, 2021.**

*Defendants*: Expert disclosures on **March 16, 2021.**

*Completion of all discovery to include depositions*: **May 7, 2021.**

Plaintiff has engaged an expert in this matter[1] (other than Dr. Cogswell). Plaintiff will submit the expert's report by the agreed deadline.

Respectfully submitted:

By: /s/ Robin Ruben Flores
ROBIN RUBEN FLORES
TENN. BPR #20751
GA. STATE BAR #200745
Counsel for Plaintiff
4110-A Brainerd Road
Chattanooga, TN 37411
423 / 267-1575 fax 267-2703
robin@robinfloreslaw.com

**HAMILTON COUNTY ATTORNEY'S OFFICE**

By: /s/ R. Dee Hobbs
R. Dee Hobbs, BPR No. 10482
625 Georgia Avenue, Suite 204
Chattanooga, TN 37402
Phone/Fax: 423-209-6150 / 6151

---

[1] Thomas J, Tiderington & Associates, LLC.

~ 2 ~

Case 1:20-cv-00036-CEA-CHS   Document 35   Filed 02/08/21   Page 2 of 2   PageID #: 349